1  Peter E. Perkowski (SBN 199491)
   peter@perkowskilegal.com
2  PERKOWSKI LEGAL, PC
   515 S. Flower Street, Suite 1800
3  Los Angeles, California 90071
   Telephone: (213) 340-5796
4
5  Attorneys for Plaintiff
   BACKGRID USA, INC.
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11 BACKGRID USA, INC.,                 Case No.: 2:23-cv-4804 DMG (Ex)

12        *Plaintiff*,                 *Hon. Dolly M. Gee*

13 v.                                  **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
14 GRAMERCY GLOBAL
   ENTERTAINMENT, LLC,
15                                     Complaint served: Aug. 1, 2023
          *Defendant*.                 Current response date: Aug. 22, 2023
16                                     New response date: Sept. 21, 2023
17
18        Defendant Gramercy Global Entertainment, LLC was served with the
19 summons and complaint on August 1, 2023.
20        The current date for Gramercy Global to move, answer, or otherwise
21 respond to the complaint is August 22, 2023.
22        In accordance with Local Rule 8-3, the parties stipulate to extend the
23 time within which defendant may move, answer, or otherwise respond to the
24 complaint through September 21, 2023.
25
26
27
28
                                    1
   STIPULATION TO EXTEND TIME TO RESPOND

The filer of this document, Peter Perkowski, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

Dated: August 17, 2022   **PERKOWSKI LEGAL, PC**

By:  /s/ Peter Perkowski
Peter E. Perkowski
Attorneys for Plaintiff

Dated: August 17, 2022

By:  /s/ [signature]
Gm-TieBlast.com